case unsealed

SECRET

KNH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '08 CR 1661 W

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 18, U.S.C., Sec. 2113(a) – Bank Robbery |
| AMERICA CRYSTAL MOLINA, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about May 28, 2004, within the Southern District of California, defendant AMERICA CRYSTAL MOLINA, by force, violence and intimidation, did unlawfully take from the person and presence of an employee of Union Bank of California, 11015 Sorrento Valley Road, San Diego, California, the sum of approximately $1,799.00, belonging to and in the care, custody, control, management, and possession of Union Bank of California, a bank, the deposits of which were then

//
//
//
//
//

RSK:fer:San Diego
5/16/08

insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a).

DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
REBECCA S. KANTER
Assistant U.S. Attorney