MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  America Crystal Molina                No.  08cr1661-W

HON.  Louisa S. Porter            Tape No.  POR08-1:10:57-11:08 = 11m

Asst. U.S. Attorney   Rebecca Kanter       PTSO   Kimura Hilton

|  |  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | Casey Donovan (N/A) | x | Apt | ___ | Ret | for Molina | (1) | (C) |
|  |  | ___ | Apt | ___ | Ret | for ___ | ( ) | ( ) |
|  |  | ___ | Apt | ___ | Ret | for ___ | ( ) | ( ) |
|  |  | ___ | Apt | ___ | Ret | for ___ | ( ) | ( ) |
|  |  | ___ | Apt | ___ | Ret | for ___ | ( ) | ( ) |
|  |  | ___ | Apt | ___ | Ret | for ___ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:    ___ In Chambers    X In Court    ___ By Telephone

DOA: 06/26/08    BKG#: 10113298-ENG

- Federal Defenders, Specially Appearing for America Crystal Molina.
- Government's Oral Motion to Unseal - Granted.
- Defendant Arraigned.
- Not Guilty Plea entered.
- Bond set at $15,000 PS secured by Real Property OR $15,000 CS
- MS set for 07/14/08 @ 9:00am before Judge Whelan.

Date  06/27/08                              R. F. Messig
                                            Deputy's Initials