## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __AMERICA CRYSTAL MOLINA__        No. __08CR1661-W__

HON. __LOUISA S. PORTER__        Tape No. __POR08-1:14:21-14:32;15:27-15:31(15m)__

Asst. U.S. Attorney __REBECCA KANTER__        PTSO __CHARLENE DELGADO__

|       |                  |   |     |     |     |          | #   | Status |
|-------|------------------|---|-----|-----|-----|----------|-----|--------|
| Atty  | CASEY DONOVAN    | X | Apt | Ret | for | MOLINA   | (1) | (C)    |
|       |                  |   | Apt | Ret | for |          | ( ) | ( )    |
|       |                  |   | Apt | Ret | for |          | ( ) | ( )    |
|       |                  |   | Apt | Ret | for |          | ( ) | ( )    |
|       |                  |   | Apt | Ret | for |          | ( ) | ( )    |
|       |                  |   | Apt | Ret | for |          | ( ) | ( )    |

___ Apt for Material Witness(es)

PROCEEDINGS:     ___ In Chambers     X In Court     ___ By Telephone

- Bond hearing held.
- Defendant's request to modify bond - Granted in part.
- Bond set at $30,000 PS w/2 FRA signatures with Physical Property surrendering title of vehicle to USA. Bond has been approved by AUSA and court. Documents to be submitted by 08/19/2008.
- Status re: bond paperwork set for 08/21/08 @ 2:00pm before Magistrate Judge Porter.

Date __08/12/2008__        R. F. Messig

Deputy's Initials