# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08cr1661-W
vs )
 ) ABSTRACT OF ORDER
America Crystal Molina )
 ) Booking No. 10113298
 )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  8/12/08
the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____✓____ Defendant released on $ 30,000 PS bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

____✓____ Other. Dft to be Released to PTS. PTS Authorized to Transport Dft to halfway house. PTS to be release by 9:00AM 8/13/08 contact PTS Dave Horton. 619. 557-7608

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

OR

Received _____  by _____
          DUSM                   Deputy Clerk

Crim-9   (Rev 6-95)                          ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY                                  R. F. MESSIG