CASEY DONOVAN, ESQ.
DONOVAN & DONOVAN
California Bar No. 182442
105 West F Street, Fourth Floor
San Diego, California 92101
Telephone: (619) 696-8989
Facsimile: (619) 233-3221
E-mail: donovan2donovan@hotmail.com

Attorney for Defendant
AMERICA CRYSTAL MOLINA

FILED
AUG 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMERICA CRYSTAL MOLINA, <br><br> Defendant. | Case No. 08-cr-01661-W (LSP) <br><br> JOINT MOTION FOR SUPPLEMENTAL PHYSICAL PROPERTY BOND IN SUPPORT OF PERSONAL SURETY BOND; ORDER THEREON |

COMES NOW Defendant AMERICA MOLINA, by and through her attorney, CASEY DONOVAN, and hereby submits to this court the attached Certificate of Title, Vehicle ID Number CA868712, to be held by the Clerk of the Court in support of the Personal Surety Bond in the amount of $30,000 posted by surety, FRANK JONES, RMP Cycle, 436 West 8th Street, National City, CA 91950, on behalf of Defendant, AMERICA MOLINA in the instant case. A copy of the minute order is attached hereto.

Date: 8/13/08

Respectfully submitted,

CASEY DONOVAN, ESQ.

Date: 8/18/08

REBECCA S. KANTER
Assistant U.S. Attorney

08-cr-01661-W (LSP)

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | )  Case No. 08-cr-01661-W (LSP) |
| 11 | Plaintiff, | )<br>)  ORDER |
| 12 | v. | ) |
| 13 | AMERICA CRYSTAL MOLINA, | ) |
| 14 | Defendant. | ) |

**GOOD CAUSE APPEARING**, it is hereby ordered the above property be accepted in support of the personal surety bond as described above and held by the Clerk of the Court.

**SO ORDERED.**

Dated: _____

_____
HON. LOUISA S. PORTER
United States Magistrate Judge

08-cr-01661-W (LSP)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Plaintiff,   )   CRIMINAL CASE NO. 08CR 1661-W
v.                                       )   MODIFIED
_America Molina_                         )   ORDER AND CONDITIONS OF PRETRIAL
                               Defendant. )   RELEASE: BAIL (18 U.S.C. § 3142(c))

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing,*
   IT IS ORDERED that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

**STANDARD CONDITIONS:**

✓ 1. restrict travel to ❏ San Diego County, ☒ Southern District of California, ❏ Central District of California, ❏ State of California, ❏ United States, ☒ do not enter Mexico, ❏ other:_____ ;
✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;
✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;
✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

**ADDITIONAL CONDITIONS:**

___ 7. be able to legally remain in the United States during pendency of the proceedings;
___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
       ❏ drugs or alcohol, and/or ❏ psychiatric or psychological counseling;
___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❏ active ❏ passive, including, release of defendant to PSA custody; and ❏ residence restrictions and/or ❏ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
       ☒ submit to supervision and custody of _____; and/or
       ❏ remain at a specified residence (curfew) between the hours of ___ P.M. and ___ A.M. daily;
✓ 10. actively seek and maintain full-time employment, schooling, or combination of both;
✓ 11. execute a personal appearance bond in the amount of $ 30,000 secured by:
       ❏ a trust deed to the United States on real estate approved by a Federal Judge;
       ☒ the co-signatures of _____ financially responsible (related) adults;
       ❏ Nebbia Hearing ❏ Exam of Sureties ❏ other: _____
___ 12. provide the court with: ❏ a cash bond and/or ❏ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).
___ 13. 18 U.S.C.§ 3142(d) hold until _____ ; if no detainer is lodged by then, these conditions take effect.
___ 14. clear all warrants/FTA's within ___ days of release.
___ 15. all conditions previously set will remain the same.
✓ 16. other conditions: _reside in residential facility approved by P.T.S._

DATED: 8/12/08                    FILED
                                  AUG 12 2008
                                  CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY _____ DEPUTY          _____ Federal Judge
cc: Defendant/Counsel & U.S. Pretrial Services

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/04)

### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| U.S.A. vs. AMERICA CRYSTAL MOLINA | | No. | 08CR1661-W |
| HON. LOUISA S. PORTER | | Tape No. | POR08-1:14:21-14:32;15:27-15:31(15m) |
| Asst. U.S. Attorney REBECCA KANTER | | PTSO | CHARLENE DELGADO |

| Atty | | | | | | # | Status |
|---|---|---|---|---|---|---|---|
| CASEY DONOVAN | X Apt | ___ Ret | for | MOLINA | (1) | (C) |
| _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
| _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
| _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
| _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |
| _____ | ___ Apt | ___ Ret | for | _____ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:   ___ In Chambers   X  In Court   ___ By Telephone

- Bond hearing held.
- Defendant's request to modify bond - Granted in part.
- Bond set at $30,000 PS w/2 FRA signatures with Physical Property surrendering title of vehicle to USA. Bond has been approved by AUSA and court. Documents to be submitted by 08/19/2008.
- Status re: bond paperwork set for 08/21/08 @ 2:00pm before Magistrate Judge Porter.

Date   08/12/2008

R. F. Messig

Deputy's Initials