FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-cr-01661-W (LSP) |
| Plaintiff, | |
| v. | ORDER |
| AMERICA CRYSTAL MOLINA, | |
| Defendant. | |

**GOOD CAUSE APPEARING**, it is hereby ordered the above property be accepted in support of the personal surety bond as described above and held by the United States Attorney.

**SO ORDERED.**

Dated: 8/19/08

_____
HON. LOUISA S. PORTER
United States Magistrate Judge

08-cr-01661-W (LSP)